IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. _1 : 08cr 14-SRW_ |
| v. | ) | [17 USC § 506(a)(1)(A); |
| | ) | 18 USC § 2319(b)(3)] |
| CLARENCE FORD | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

## COUNT 1

On or about July 8, 2004, in Houston County, within the Middle District of Alabama,

CLARENCE FORD,

defendant herein, did knowingly and willfully infringe a copyright for purposes of commercial advantage and private financial gain by selling unlawfully obtained copies of copyrighted motion pictures, all in violation of Title 17, United States Code, Section 506(a)(1)(A), and Title 18, United States Code, Section 2319(b)(3).

## COUNT 2

On or about July 28, 2004, in Houston County, within the Middle District of Alabama,

CLARENCE FORD,

defendant herein, did knowingly and willfully infringe a copyright for purposes of commercial advantage and private financial gain by selling unlawfully obtained copies of copyrighted motion pictures, all in violation of Title 17, United States Code, Section 506(a)(1)(A), and Title 18, United States Code, Section 2319(b)(3).

## FORFEITURE ALLEGATION

A.    Counts 1 and 2 of this information are incorporated herein by reference.

B.    Upon conviction for the violation as alleged in Counts 1 and 2 of this information, the defendant,

### CLARENCE FORD,

shall forfeit to the United States, pursuant to Title 17, United States Code, Section 506(b); Title 17, United States Code, Section 509; and Title 28, United States Code, Section 2461(c), all infringing copies of phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords.

C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant, (1) cannot be located upon the exercise of due diligence; (2) has been transferred, sold to, or deposited with a third person; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; the United States intends to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All in violation of Title 17, United States Code, Section 506(b).

JOHN T. HARMON
Assistant United States Attorney

NATHAN D. STUMP
Assistant United States Attorney