IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:08cr14-SRW |
| | ) | |
| CLARENCE FORD | ) | |

**ORDER**

The trial of this matter is hereby rescheduled from May 5, 2008 to 10:00 a.m on May 12, 2008 in the United States Courthouse, Dothan, Alabama.

DONE, this 4th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE