IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No.: 1:08cr14-SRW |
| ) | |
| **CLARENCE FORD** ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**COMES NOW** the Defendant, Clarence Ford ("Mr. Ford"), through undersigned counsel, Christine A. Freeman, and respectfully requests pursuant to 18 U.S.C. § 3161(h)(8)(A), that this Court continue this matter from the May 12, 2008 trial docket. In support of this motion, the Defendant would show that such continuance will serve the ends of justice. 18 U.S.C. § 3161(h)(B)(iv). In addition, Mr. Ford would show the following:

1. The Government has approved pretrial diversion for Mr. Ford.

2. Due to Mr. Ford's principle residence being in North Carolina, he will be unable to travel to Montgomery, Alabama to complete his final pretrial diversion interview with the United States Probation Office until May of 2008. As a result, it is unlikely that Mr. Ford's final pretrial diversion report will be completed prior to the current May 12, 2008 trial date.

3. Counsel for the government does not oppose this motion.

**WHEREFORE**, the Defendant prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Clarence Ford
Federal Defenders
Middle District of Alabama

201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Nathan Stump, Esq., Assistant United States Attorney, 131 Clayton Street, Montgomery, Alabama 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Clarence Ford
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org