IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:08cr14-SRW |
| | ) | |
| CLARENCE FORD | ) | |

## **ORDER**

This cause is currently pending before the court on a Motion to Continue filed by the defendant, CLARENCE FORD, on April 15, 2008. The motion requests that this case be reset from the trial currently set for May 12, 2008 to the trial term beginning July 14, 2008.

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Warren, 772 F.2d 827, 838 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. § 3161(c)(1). See United States v. Vasser, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A). The court concludes upon the pleadings and its knowledge of this case that the ends of justice

will be served by continuing this case to permit the defendant to complete pretrial diversion.

Accordingly, it is hereby ORDERED that the Motion to Continue filed by defendant CLARENCE FORD is GRANTED.  This case is reset on the trial term commencing July 14, 2008 in Dothan, Alabama.

DONE, this 16th day of April, 2008.

/s/ Susan Russ Walker  
SUSAN RUSS WALKER  
UNITED STATES MAGISTRATE JUDGE