IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. NO. 1:08cr14-SRW |
| ) | |
| CLARENCE FORD ) | |

MOTION FOR LEAVE TO DISMISS INFORMATION WITHOUT PREJUDICE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Information Without Prejudice heretofore filed in the above-styled cause as to Clarence Ford, on the following grounds, to wit: Ford signed a pre-trial diversion agreement on May 21, 2008.

Respectfully submitted this the 27th day of May, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 1:08cr14-SRW |
| | ) | |
| CLARENCE FORD | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Christine Freeman, Esq.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Nathan D. Stump
NATHAN D. STUMP
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334-223-7280 Phone
334-223-7135 Fax
E-mail: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 1:08cr14-SRW |
| | ) | |
| CLARENCE FORD | ) | |

<u>O R D E R</u>

Upon consideration of the Motion for Leave to Dismiss Information Without Prejudice heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE