IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. 1:08cr14-SRW |
| | ) | |
| CLARENCE FORD | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Information Without Prejudice (Doc. # 16), filed May 27, 2008, and for good cause shown, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 2nd day of June, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE